**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

| Case number *(if known)* | | Chapter | **7** |
| --- | --- | --- | --- |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| **1.** | **Debtor's name** | **America's Moneyline, Inc.** |

| | | |
| --- | --- | --- |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **Americas Moneyline, Inc.** |

| | | |
| --- | --- | --- |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **83-3172102** |

| | | |
| --- | --- | --- |
| **4.** | **Debtor's address** | **Principal place of business** |

**23986 Aliso Creek Road
Suite 804
Laguna Niguel, CA 92677**
Number, Street, City, State & ZIP Code

**Orange**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
| --- | --- | --- |
| **5.** | **Debtor's website** (URL) | **myaml.com** |

| | | |
| --- | --- | --- |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Debtor   **America's Moneyline, Inc.**                                   Case number (*if known*) _____
       Name

---

**7.**  **Describe debtor's business**   A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

  B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

  C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
    http://www.uscourts.gov/four-digit-national-association-naics-codes.
       **5223**

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

    ■ Chapter 7

    ☐ Chapter 9

    ☐ Chapter 11. *Check **all** that apply*:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

    ■ No.
    ☐ Yes.

    District _____ When _____ Case number _____
    District _____ When _____ Case number _____

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

---

Debtor **America's Moneyline, Inc.**      Case number (*if known*) _____
    Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   __America's Moneyline, Inc.__                                    Case number (*if known*) _____
_____Name_____

---

### ■ Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __02/18/2026__
MM / DD / YYYY

X __/s/ Shawn Nevin__                              __Shawn Nevin__
Signature of authorized representative of debtor    Printed name

Title   __Chief Executive Office__

---

**18. Signature of attorney**

X __/s/ Marc C. Forsythe__                    Date  __02/19/2026__
Signature of attorney for debtor                    MM / DD / YYYY

__Marc C. Forsythe 153854__
Printed name

__GOE FORSYTHE & HODGES LLP__
Firm name

__17701 Cowan__
__Lobby D, Suite 210__
__Irvine, CA 92614__
Number, Street, City, State & ZIP Code

Contact phone  __(949) 798-2460__      Email address  __mforsythe@goeforlaw.com__

__153854 CA__
Bar number and State

Resolution of Board of Directors
of
**America's Moneyline, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Shawn Nevin, Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Shawn Nevin, Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Shawn Nevin, Chief Executive Officer** of this Corporation is authorized and directed to employ **Marc C. Forsythe 153854**, attorney and the law firm of **GOE FORSYTHE & HODGES LLP** to represent the corporation in such bankruptcy case.

Date  **February 18, 2026**                               Signed _____

**United States Bankruptcy Court**
**Central District of California**

In re  America's Moneyline, Inc.                                  Case No.  _____

                                          Debtor(s)              Chapter    7    _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Shawn Nevin**, declare under penalty of perjury that I am the **Chief Executive Officer** of **America's Moneyline, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __16th__ day of **January**, 2026.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Shawn Nevin, Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Shawn Nevin, Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Shawn Nevin, Chief Executive Officer** of this Corporation is authorized and directed to employ **Marc C. Forsythe 153854**, attorney and the law firm of **GOE FORSYTHE & HODGES LLP** to represent the corporation in such bankruptcy case."

Date **February 18 , 2026**                    Signed _____
                                                              Shawn Nevin

America's Moneyline, Inc.
23986 Aliso Creek Road
Suite 804
Laguna Niguel, CA 92677


Marc C. Forsythe
GOE FORSYTHE & HODGES LLP
17701 Cowan
Lobby D, Suite 210
Irvine, CA 92614


Advantage Credit
32065 Castle Court, #300
Evergreen, CO 80439


Bush Seyferth PLLC
5810 Wilson Road
Suite 125
Humble, TX 77396


Bush Seyferth PLLC
100 West Big Beaver Road,
Suite 400
Troy, MI 48084


Covius
495 US-19 ALT, #840
Palm Harbor, FL 34683


David A. Ettinger
Honigman, Miller, Schwartz & Cohn
660 Woodward Avenue
Suite 2290
Detroit, MI 48226-3506


Dean Lob
27971 Coyan Way
Laguna Niguel, CA 92677

Dean Lob
23986 Aliso Creek Road
Suite 804
Laguna Niguel, CA 92677


Experian Information Solutions
475 Anton Blvd
Costa Mesa, CA 92626


ICE Mortgage Technology
4420 Rosewood Dr, #500
Pleasanton, CA 94588


Jason R. Hirsch
Morganroth & Morganroth, PLLC
344 North Old Woodward Avenue
Suite 200
Birmingham, MI 48009


Real Estate Digital LLC
11350 McCormick Rode.
EP III, STE 200
Hunt Valley, MD 21031


RingCentral Inc.
26000 Cannon Rd.
Bedford, OH 44146


Shawn Nevin
42 Calle Mattis
San Clemente, CA 92673


Shawn Nevin
23986 Aliso Creek Road
Suite 804
Laguna Niguel, CA 92677

SUSA Financial, Inc.
dba FirstFunding, INc.
1910 Pacific Ave, STE 16500
STE 16500
Newport Beach, CA 92660-1815


Transunion
PO Box 99506
Chicago, IL 60693


United Wholesale Mortgage, LLC
585 South Blvd E.
Pontiac, MI 48341


Xactus
370 Reed Rd., #100
Broomall, PA 19008

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Marc C. Forsythe 153854**<br>**17701 Cowan**<br>**Lobby D, Suite 210**<br>**Irvine, CA 92614**<br>**(949) 798-2460 Fax: (949) 955-9437**<br>California State Bar Number: **153854 CA**<br>mforsythe@goeforlaw.com<br>**GOE FORSYTHE & HODGES LLP** | |
| ■ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>    **America's Moneyline, Inc.**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **7** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Shawn Nevin**                                                                            , the undersigned in the above-captioned case, hereby declare
               *(Print Name of Attorney or Declarant)*
 under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:

           ■ I am the president or other officer or an authorized agent of the Debtor corporation

           ☐ I am a party to an adversary proceeding

           ☐ I am a party to a contested matter

           ☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b.     ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

2/18/2026
_____
Date

By:   /s/ Shawn Nevin
       Signature of Debtor, or attorney for Debtor

Name:   **America's Moneyline, Inc.**
         Printed name of Debtor, or attorney for
         Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012
**F 1007-4.CORP.OWNERSHIP.STMT**